Minute Order Form (rev. 4/99)

NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 03 GJ 1036 | DATE | JANUARY 29, 2008 |
| CASE TITLE | US v. MYRON ROBINSON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _Morton Denlow_

Docket Entry:

**08CR 0067**

TO ISSUE BENCH WARRANT. BOND TO BE DETERMINED AT TIME OF ARRAIGNMENT.

JUDGE BUCKLO
MAGISTRATE JUDGE VALDEZ

FILED
JAN 2 9 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |