## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Myron L. Robinson | | |

**DOCKET ENTRY TEXT**

Arraignment held on 2/13/08 as to Myron L. Robinson. Defendant informed of his rights. Defendant appears to the arrest on 2/13/08. Enter Order appointing Donna Foley as counsel for defendant. Defendant enters plea of not guilty to all counts. 16.1(a) conference by 2/20/08. Pretrial motions to be filed by 3/3/08. Response to be filed no later than 3/13/08. Status hearing set before Judge Bucklo on 3/7/08 at 10:00 a.m. Government's oral motion to exclude time is granted. Government's oral motion to detain defendant is entered and continued to 2/14/08 at 3:30 p.m. Enter excludable time from 2/13/08 to and including 3/7/08 pursuant to 18 USC §3161(h)(1) and U.S. vs Tibboel, 753 P. 2d. 608 (7th Cir. 1985). X-T

■ [ For further detail see separate order(s).]                                   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|