IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Myron Robinson

AT: Myron Robinson

**FILED Feb 13 2008**
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

LOCATION NUMBER: ILNC

PERSON REPRESENTED (Show your full name): Myron Robinson

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 67
Court of Appeals:

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Crate & Barrel
IF YES, how much do you earn per month? $ 1800/mth
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $ ____   SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE: ____   DESCRIPTION: ____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them: wife, 12, 9, 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Rent
Creditors: All kinds apprx.
Total Debt: $
Monthly Paymt: $1715 / $3600.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Feb. 13, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Myron Rob——