# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67-1 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Myron Robinson | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/14/08 as to Myron Robinson (1). Oral argument heard in open court. Detention hearing on bond determination set for 2/19/08 at 11:30 a.m.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | yp |
|---|---|---|