# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Myron Robinson | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/19/08 as to Myron Robinson.   Government and defendant agree to certain conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|