# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                         Case No.: 1:08–cr–00067
                                         Honorable Elaine E. Bucklo

Myron Robinson

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Myron Robinson, Status hearing held on 4/11/2008. Status hearing set for 5/8/2008 at 09:30 AM. Defendant has until 5/2/08 to file any motion to suppress. Jury Trial set for 9/2/2008 at 09:30 AM. Time from this day through trial date is excluded for motions and trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.