IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 67 |
| | ) | |
| MYRON ROBINSON, | ) | Honorable Elaine Bucklo, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

To:   Matthew Getter
      Assistant U.S. Attorney
      219 South Dearborn
      Chicago, IL 60604

Donna Hickstein-Foley, an attorney, certifies she served the Defendant's Motion to Suppress by electronic service on Friday, May 2, 2008 before the hour of 5:15 p.m.

                                        ss// Donna Hickstein-Foley
                                        Attorney for Defendant

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800