IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 CR 67 |
| | ) |
| MYRON ROBINSON, | ) Honorable Elaine Bucklo, |
| | ) Judge Presiding. |
| Defendant. | ) |

**DEFENDANT'S VERIFICATION
TO MOTION TO SUPPRESS STATEMENTS
FILED AS DOCUMENT 13**

Donna Hickstein-Foley
Attorney for Defendant
9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800

05/05/2008 08:49 FAX 630 505 1986          PACKER ENGINEERING                    ☒002

## VERIFICATION

Myron Robinson, having been duly sworn upon oath, states that he has read the foregoing and that it is true and correct to the best of his knowledge and belief.

_____
Affiant

Subscribed to and Sworn to
before me this  5th  Day
of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
JENNIFER L. LONG
Notary Public, State of Illinois
My Commission Expires 10/23/08