UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
                                    )        No. 08 CR 67
        v.                          )
                                    )        Honorable Elaine E. Bucklo
MYRON ROBINSON, a/k/a/ "Boojie"     )


## APPEARANCE OF COUNSEL

        Please take notice that Assistant United States Attorney Stephen Chahn Lee is appearing

as counsel for the government in addition to the previously designated counsel.

                            Respectfully submitted,

                            PATRICK J. FITZGERALD
                            United States Attorney

                By:    /s/ Stephen Chahn Lee
                            STEPHEN CHAHN LEE
                            Assistant United States Attorney
                            219 South Dearborn Street
                            5th Floor
                            Chicago, Illinois 60604
                            (312) 353-4127

Dated: August 21, 2008