**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 67 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| MYRON ROBINSON | ) | |

## GOVERNMENT'S PROPOSED LIST OF VOIR DIRE QUESTIONS

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the following questions be propounded to the venire during the course of the Court's voir dire examination in addition to the Court's standard questions:

1.     Have you, a member of your family, or close friend ever been arrested or charged for any criminal offense other than a traffic offense? If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense for which the person was arrested or charged; and (c) the disposition of the charge (i.e., dismissal, imprisonment, probation, fine, etc.).

2.     If you have answered yes to question 1, please state whether this experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, and law enforcement officers.

3.     Do you have a member of the family or a close friend who is an attorney specializing in criminal law?

4.     This case involves officers of the Chicago Police Department, Special Agents

and Task Force Officers of the United States Treasury Department's Bureau of Alcohol, Tobacco and Firearms (the "ATF"), and the members of the Illinois State Police. Have any of you had any experiences, or do any of you have any feelings, regarding these law enforcement agencies--or any other law enforcement agencies--that might make it difficult for you to evaluate fairly and impartially the evidence and render a fair verdict based on the evidence?

5.    This case involves allegations of violations of firearms laws. Do you have any strong feelings concerning firearms, the sale of firearms, the ownership of firearms, or the wisdom of firearms laws? If so, what are they? Would those feelings make it difficult for you to evaluate fairly and impartially the evidence and render a fair verdict in this case?

6.    Do you or any member of your family own any firearms? If yes, please indicate: (a) what kind of firearms; (b) how many firearms; and (c) why do you, or your family member own the firearms (i.e., hobby, protection, etc.).

7.    Have you or a member of your family ever been a member of the National Rifle Association (NRA), or any other gun or weapon club or association?

If yes, please indicate: (a) the individual's relationship to you; (b) what association the person was a member of; and (c) how long the person was or has been involved with the association.

8.    Have you ever served on a jury before? If yes, please describe the nature of the case, and whether the jury deliberated or reached a verdict.

9.    Do you hold any religious, philosophical, moral, or other beliefs that would

make it difficult for you to judge the conduct of another person?

10.    At various times during the case, the Court will instruct you about the applicable law.  It is your obligation to follow the Court's instructions about the law, whether you agree with the law or not.  If you were to find that you disagreed with the law as given to you by this Court, would you nonetheless be able to follow that law and reach a verdict by applying that law to the evidence?

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

S/ Matthew M. Getter

By:    _____
MATTHEW M. GETTER
STEPHEN CHAHN LEE
Assistant United States Attorneys
Dirksen Federal Building
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7651/353-4127

3

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## GOVERNMENT'S PROPOSED LIST OF VOIR DIRE QUESTIONS

was served on August 22, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:      s/ Matthew M. Getter                    
MATTHEW M. GETTER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7651