UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 67 |
| | ) | Judge Elaine E. Bucklo |
| MYRON ROBINSON | ) | |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully proposes the following statement of the case:

The defendant has been charged in the indictment with one count of conspiring to (1) transport into and receive in the State of Illinois, where he resided, a firearm purchased or otherwise obtained by him outside the State of Illinois, (2) knowingly make false statements to a licensed firearms dealer in connection with the acquisition of a firearm from that dealer, and (3) knowingly have transported or shipped by common or contract carrier in interstate commerce to persons other than licensed importers, manufacturers, dealers or collectors, a package in which there was any firearm, without written notice to the carrier that such firearm was being transported or shipped.  Defendant is also charged with willfully transporting into and receiving in the State of Illinois, where he resided, a firearm purchased or otherwise obtained by him outside the State of Illinois.

The defendant has pleaded not guilty to the charges.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  S/ Matthew M. Getter
_____
MATTHEW M. GETTER
STEPHEN CHAHN LEE
Assistant United States Attorneys
219 South Dearborn Street, 5th Fl.
Chicago, Illinois 60604
(312) 886-7651/353-4127

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## GOVERNMENT'S PROPOSED STATEMENT OF THE CASE

was served on August 22, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                              Respectfully submitted,
                              PATRICK J. FITZGERALD
                              United States Attorney

By:    s/ Matthew M. Getter
          MATTHEW M. GETTER
          Assistant United States Attorney
          219 South Dearborn Street, 5th Floor
          Chicago, Illinois 60604
          (312) 886-7651