**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 67 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| MYRON ROBINSON | ) | |

## GOVERNMENT'S PRELIMINARY LIST OF POTENTIAL WITNESSES

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, Eastern Division, respectfully submits this Government's Preliminary List of Potential Witnesses. This list includes those individuals whom the government expects to call as well as other individuals that the government may call if necessary. This list is preliminary in nature. More individuals may be added to this list as the government's trial preparation continues. The government reserves the right to call any additional witness whose testimony is necessitated by further information developed before or during the course of the trial.

Reginald Dean

Federal Express representative

James Ferguson, ATF

Scott Furlane, ATF

Matthew Gainer, Illinois State Police

Glen Jackson, Illinois Department of Corrections

Myron Kuykendall, Chicago Police Department

Vincent Lacny, Chicago Police Department

Carlos Orr

Raymond Piwnicki, Chicago Police Department

Marc Pomerance, Illinois State Police

Kris Rastrelli, Illinois State Police

Jose Rosario, Chicago Police Department

Harry Strong, Chicago Police Department

Joseph Thibault, Illinois State Police

Lee Walters, FBI

Western Union representative

Mary Williams

Teresa Woodard

David Zelig, Chicago Police Department

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        S/ Matthew M. Getter
By: _____
        MATTHEW M. GETTER
        STEPHEN CHAHN LEE
        Assistant United States Attorneys
        Dirksen Federal Building
        219 South Dearborn Street
        5th Floor
        Chicago, Illinois 60604
        (312) 886-7651/353-4127

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

**GOVERNMENT'S PRELIMINARY LIST OF POTENTIAL WITNESSES**

was served on August 22, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                                      Respectfully submitted,
                                      PATRICK J. FITZGERALD
                                      United States Attorney

By:    s/ Matthew M. Getter
          MATTHEW M. GETTER
          Assistant United States Attorney
          219 South Dearborn Street, 5th Floor
          Chicago, Illinois 60604
          (312) 886-7651