IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08 CR 67 |
| MYRON ROBINSON, | ) ) | Honorable Elaine Bucklo, Judge Presiding. |
| Defendant. | ) ) | |

**DEFENDANT'S EMERGENCY MOTION
TO CONTINUE TRIAL**

Now comes the Defendant, MYRON ROBINSON, by his attorney, Donna Hickstein-Foley, and moves this Honorable Court for a continuance of his jury trial due to the medical emergency condition of a member of Defense Counsel's family. In support it is stated:

1. The Court has scheduled this matter for jury selection on September 2, 2008.

2. On Friday, August 22, 2008, a member of Defense Counsel's family, who is suffering from terminal cancer, fell into a coma due to a massive infection and is in critical condition on life support at a local hospital. Family members are rotating shifts keeping a bedside vigil.

3. As a result, Counsel's responsibilities are preventing her from completing her preparation of the trial.

4. Accordingly, Defendant is requesting a continuance of the September 2, 2008 date.

5.   The Defendant is not detained and does not object to this request.

Respectfully submitted,

ss// Donna Hickstein-Foley
Attorney for Defendant Robinson

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800