IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 67 |
| | ) | |
| MYRON ROBINSON, | ) | Honorable Elaine Bucklo, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

## NOTICE OF EMERGENCY MOTION

To:   Matthew Getter
      Assistant U.S. Attorney
      219 South Dearborn
      Chicago, IL 60604

Please take notice that on Tuesday, August 26, 2008, at 9:30 a.m., I shall appear before the Honorable Elaine Bucklo in Courtroom 1441 in the Northern District of Illinois and present the Defendant's Emergency Motion to Continue Trial, at which time you may wish to appear.

ss// Donna Hickstein-Foley
Attorney for the Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800

## CERTIFICATE OF SERVICE

Donna Hickstein-Foley, an attorney, certifies she served the aforementioned motion by electronic service on Saturday, August 23, 2008.

ss// Donna Hickstein-Foley