**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00067
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Myron Robinson
　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion to continue [30] trial heard on 8/28/08 and the motion is granted as to Myron Robinson as unopposed.Accordingly, Jury Trial reset for 9/8/2008 at 09:30 AM. Pretrial conference set for this day is vacated. Parties to appear in court for trial 30 minutes early to discuss any pending issues. Defendant's proposed motion in limine to be noticed for hearing on 9/3/08. Time from this day through trial is excluded for continuity granted to counsel and trial preparation under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.