IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 67 |
| | ) | |
| MYRON ROBINSON, | ) | Honorable Elaine Bucklo, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Matt Getter
     Stephen Lee
     Assistant U.S. Attorney
     219 South Dearborn
     Chicago, IL 60604

    Please take notice that on Wednesday, September 3, 2008 at 9:30 a.m. I shall appear before the Honorable Elaine Bucklo in Courtroom 1441 of the Northern District and present the Defendant's Motion in Limine, at which time you may wish to appear.

                                                                     ss// Donna Hickstein-Foley
                                                                     Attorney for the Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800
follaw@sbcglobal.net

## CERTIFICATE OF SERVICE

    Donna Hickstein-Foley, an attorney, certifies she served the aforementioned motion by electronic service on Monday, September 1, 2008.

                                                                     ss// Donna Hickstein-Foley