IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 67 |
| | ) | Judge Elaine E. Bucklo |
| MYRON ROBINSON | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE
CONCERNING GANGS AND DRUGS EVIDENCE**

The UNITED STATES OF AMERICA, by its attorney, Patrick J. Fitzgerald, hereby responds to defendant's motion in *limine* to bar admission of gang and drug evidence as follows:

Defendant has moved to bar evidence concerning his involvement in a gang and his prior drug-trafficking activities. The government agrees not to offer any evidence concerning these topics. However, if defendant "opens the door" to these topics through his cross-examination of government witnesses or through his introduction of evidence in the defense case, to the extent he puts one on, then the government reserves the right to offer evidence of defendant's gang involvement and/or drug dealing. For instance, and not by way of limitation, if defendant suggests that he does not know Carlos Orr well, or that he does not know Roynal Coleman, or that Orr or Coleman were doing this for gang-related reasons about which Robinson had no knowledge, then the government would offer evidence of Robinson's gang involvement and prior drug dealings with Coleman and Orr.

For the foregoing reasons, the government does not oppose defendant's motion in

*limine*, but reserves the right to introduce such evidence if defendant "opens the door" through his cross-examination of government witnesses or his introduction of evidence.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/ Matthew M. Getter
        MATTHEW M. GETTER
        STEPHEN CHAHN LEE
        Assistant United States Attorney
        219 S. Dearborn Street
        Room 500
        Chicago, Illinois 60604
        (312) 886-7651/353-4127

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE CONCERNING GANGS AND DRUGS EVIDENCE**

was served on September 3, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                                            Respectfully submitted,
                                            PATRICK J. FITZGERALD
                                            United States Attorney

By:    s/ Matthew M. Getter
           MATTHEW M. GETTER
           Assistant United States Attorney
           219 South Dearborn Street, 5th Floor
           Chicago, Illinois 60604
           (312) 886-7651