**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
                                             Plaintiff,

v.                                                         Case No.: 1:08−cr−00067
                                                         Honorable Elaine E. Bucklo

Myron Robinson
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion in limine (34), to which the government does not object, is granted. This order is without prejudice to further consideration on motion of either party if either of the circumstances mentioned by the government in its response arises at trial. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.