**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                          Case No.: 1:08−cr−00067
                                             Honorable Elaine E. Bucklo

Myron Robinson

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: As stated in open court at the last status, the government's motions in limine with respect to potential penalties, argument directed to jury nullification and discovery requests or commentary are granted. The motion with respect to impeachment is granted insofar as the defendant must comply with Rules 608 and 609. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.