IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 67 |
| | ) | |
| MYRON ROBINSON, | ) | Honorable Elaine Bucklo, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF AN
ALIBI DEFENSE PURSUANT TO FEDERAL
RULE OF CRIMINAL PROCEDURE 12.1 (a) (2)**

Now comes the Defendant, MYRON ROBINSON, by his attorney, Donna Hickstein-Foley, and provides notice of an alibi defense.  Defendant may assert that on March 8, 2003, in the early morning hours, he was at 1319 84 Highway, Monticello, Mississippi.  Witnesses who may be called in support:

Andrew Plummer
11278 Eastern Avenue
Bellwood, IL 60104
773 754 1117

Jonathan Street
510 Elba Hwy.
Troy, Alabama
334 268 4660

Leroy Robinson
1319 84 Highway
Monticello, Mississippi
601 587 4307
601 754 5091

Myron Robinson

Respectfully submitted

ss// Donna Hickstein-Foley
Attorney for the Defendant

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800