IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 67 |
| | ) | |
| MYRON ROBINSON, | ) | Honorable Elaine Bucklo, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

To:  Matt Getter
 Stephen Lee
 Assistant U.S. Attorneys
 219 South Dearborn
 Chicago, IL 60604

    Donna Hickstein-Foley, an attorney, certifies she served the Defendant Rule 12 (a)(2) Notice by electronic service on Friday, September 5, 2008.

                                                    ss// Donna Hickstein-Foley
                                                    Attorney for the Defendant

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800