# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                              Case No.: 1:08–cr–00067
                                                Honorable Elaine E. Bucklo

Myron Robinson

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo:As to Myron Robinson, jury instruction conference held. Jury trial held on 9/9/2008 and continued to 9/10/2008 at 09:30 AM. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.