

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 8 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 67 |
| v. ) | Hon. Elaine E. Bucklo |
| ) | |
| MYRON ROBINSON ) | |

**PETITION FOR ORDER GRANTING IMMUNITY PURSUANT TO
SECTION 6002, TITLE 18, UNITED STATES CODE, TO
COMPEL TESTIMONY AT TRIAL**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows:

1. The trial of the above-captioned case is presently pending before this Court.

2. REGINALD DEAN is present before the court pursuant to a subpoena commanding his appearance to testify. REGINALD DEAN has indicated that rather than testify before the jury in this case, he will assert his privilege against self-incrimination under the Fifth Amendment to the United States Constitution in response to questions pertinent and material to this trial.

3. It is my judgment as United States Attorney for the Northern District of Illinois that the testimony of REGINALD DEAN in regard to the pending trial is necessary to the public interest.

Therefore, I have sought and obtained approval from the designated representative of the Attorney General of the United States to make application to this Court that REGINALD DEAN be instructed by the Court to testify before the jury; all in accordance with the terms and provisions of Title 18, United States Code, Sections 6002 and 6003. A copy of a letter from the Deputy Assistant Attorney General of the Civil Rights Division, Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the petitioner prays the Court enter an Order instructing REGINALD DEAN to testify at the trial of this case, subject to the provisions of 18 U.S.C. 6002 -- that no testimony or other information compelled under the Order (or any information directly or indirectly derived from such testimony or other information) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the Order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney



U.S. Department of Justice

Criminal Division

---

Office of the Assistant Attorney General　　　　　　　Washington, D.C. 20530

SEP − 5 2008

The Honorable Patrick J. Fitzgerald
United States Attorney
Northern District of Illinois
Chicago, Illinois 60604

Attention:　　Matthew M. Getter
　　　　　　　Assistant United States Attorney

　　Re:　　United States v. Myron Robinson

Dear Mr. Fitzgerald:

　　Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of Illinois for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Reginald Dean to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Matthew W. Friedrich
　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　Kenneth A. Blanco
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　Criminal Division