Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67 - 1 | **DATE** | 9/8/2008 |
| **CASE TITLE** | USA vs. Robinson | | |

**DOCKET ENTRY TEXT**

Government's motions for order granting immunity pursuant to section 6002, Title 18, US Code, to compel testimony at trial as to Teresa Woodard and Reginald Dean are granted. Enter Orders. Voir dire begun and concluded. Jury trial held and continued to 9/9/08 at 9:30 a.m.

Docketing to mail notices.

06:00

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|