

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MYRON ROBINSON )  | )<br>)<br>No. 08 CR 67<br>Hon. Elaine E. Bucklo |

### ORDER

This matter coming on to be heard on the Petition of the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for an Order instructing TERESA WOODARD to testify and to produce evidence at the trial of the above-entitled cause, said TERESA WOODARD being a person whom the government intends to call as a witness during its case-in-chief in the above-entitled cause who has indicated to the Court that she intends to invoke her privilege against self-incrimination in response to questions posed to her during the trial of the above-entitled cause, and the Court having considered said Petition of the United States Attorney and the letter approving the application to this Court from the Assistant Attorney General of the Criminal Division, United States Department of Justice, attached to said Petition:

IT IS HEREBY ORDERED that TERESA WOODARD shall not be excused from testifying or producing evidence before the District Court in the trial of the above matter on the ground that the testimony or evidence required of her may tend to incriminate her, and that TERESA WOODARD shall answer the questions which she is asked and shall produce evidence as required of her without further asserting there her privilege against self-incrimination, and it is FURTHER ORDERED that no testimony of the witness TERESA WOODARD compelled under this Order (or any information directly or indirectly derived from such testimony or such information) may be used

against her in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order, in accordance with the provisions of Section 6002, Title 18, United States Code.

ENTER:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated at Chicago, Illinois,

this __8__ day of September, 2008.