# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. ROBINSON
FOR: NORTHERN
AT: ILNC

PERSON REPRESENTED (Show your full name): REGINALD DEAN

Sep 8, 2008  FILED SEP 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

1 ☒ Defendant - Adult
2 ☒ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE: ☒ Felony  ☐ Misdemeanor
SALE/TRANSPORTATION BY FELON
18 USC 922

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate:
District Court: 08CR 67-1
Court of Appeals:

08cr67

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: STREETS & DRAINAGE FOR CITY OF SHREVEPORT, LA (BIWEEKLY)
IF YES, how much do you earn per month? $ 800.00
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ____
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | RENT | $ | $ 450— |
| | FOOD, UTILITIES | $ | $ 500— |
| | HOSPITAL BILLS | $ 500— | $ 25— |
| | CREDIT CARDS | $ 240— | $ 65— |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): SEPTEMBER 8, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Reginald D Dean