# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Roberson

FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Teresa Woodard

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☒ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS:
- Magistrate: 
- District Court: 08CR67
- Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

18 USC 922

FILED SEP 8, 2008  08cr67
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Century Tell Communication; Eldorado Casino
- IF YES, how much do you earn per month? $ 2766
- IF NO, give month and year of last employment. How much did you earn per month? $ 
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: 7800
- SOURCES: employment

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes  ☐ No  IF YES, state total amount $ 100

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: 
- DESCRIPTION: 

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 
- relationship to them: 

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Total Debt | Monthly Payt. |
|---|---|---|
| living expenses | $ | $ 2700 |
| credit card debt | $ 1500 | $ |
| student loan | $ 3500 | $ |
| medical expense | $ 2400 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9-8-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Teresa L Woodard