

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 67 |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| MYRON ROBINSON | ) | |

*Sep 9, 2008 FILED*
*SEP 9 2008*
*JUDGE ELAINE E. BUCKLO*
*UNITED STATES DISTRICT COURT*

### PETITION FOR ORDER GRANTING IMMUNITY PURSUANT TO SECTION 6002, TITLE 18, UNITED STATES CODE, TO COMPEL TESTIMONY AT TRIAL

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows:

1. The trial of the above-captioned case is presently pending before this Court.

2. MARY WILLIAMS is present before the court pursuant to a subpoena commanding her appearance to testify. MARY WILLIAMS has indicated that rather than testify before the jury in this case, she will assert her privilege against self-incrimination under the Fifth Amendment to the United States Constitution in response to questions pertinent and material to this trial.

3. It is my judgment as United States Attorney for the Northern District of Illinois that the testimony of MARY WILLIAMS in regard to the pending trial is necessary to the public interest.

Therefore, I have sought and obtained approval from the designated representative of the Attorney General of the United States to make application to this Court that MARY WILLIAMS be instructed by the Court to testify before the jury; all in accordance with the terms and provisions of Title 18, United States Code, Sections 6002 and 6003. A copy of a letter from the Deputy Assistant Attorney General of the Civil Rights Division, Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the petitioner prays the Court enter an Order instructing MARY WILLIAMS to testify at the trial of this case, subject to the provisions of 18 U.S.C. 6002 -- that no testimony or other information compelled under the Order (or any information directly or indirectly derived from such testimony or other information) may be used against her in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the Order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney



U.S. Department of Justice

Criminal Division

Office of the Assistant Attorney GeneralWashington, DC 20530-0001

SEP - 5 2008

The Honorable Patrick J. Fitzgerald
United States Attorney
Northern District of Illinois
Chicago, Illinois 60604

Attention:Matthew M. Getter
Assistant United States Attorney

Re:United States v. Myron Robinson

Dear Mr. Fitzgerald:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of Illinois for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Mary Williams to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Matthew W. Friedrich
Acting Assistant Attorney General

**Kenneth A. Blanco**
**Deputy Assistant Attorney General**
**Criminal Division**