

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67 - 1 | **DATE** | 9/9/2008 |
| **CASE TITLE** | USA vs. Robinson | | |

**DOCKET ENTRY TEXT**

Government's petition for order granting immunity as to Mary Williams pursuant to Section 6002, Title 18, USC, to compel testimony at trial is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|