Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 67 - 1 | **DATE** | 9/10/2008 |
| **CASE TITLE** | USA vs. Robinson | | |

**DOCKET ENTRY TEXT**

Trial held. Jury deliberation began and concluded. Enter Jury Verdict of guilty on both counts of the indictment. Judgment of guilty entered. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 11/14/08; and response by 11/20/08. Sentencing set for 11/25/08 at 10:00 a.m. Trial ends (jury). Pursuant to government's request, order defendant detained pending further order of the court.

Docketing to mail notices.

03:00

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|